UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| MONIQUE DOSS and | |
| NADIA HARRIS | PLAINTIFFS |
| v. | |
| | Case No. |
| NPC INTERNATIONAL, INC., | 4:09-CV-00038-M-S |
| A & D MANAGEMENT CO., LLC, | |
| d/b/a PIZZA HUT and SHANE BROWN | DEFENDANTS |

CONSOLIDATED

| | |
|---|---|
| MONIQUE DOSS, ET AL., | PLAINTIFFS |
| v. | |
| | Case No. 4:09-CV-076-P-S |
| NPC INTERNATIONAL, INC., | |
| d/b/a PIZZA HUT | DEFENDANT |

CONSOLIDATED

| | |
|---|---|
| MONIQUE DOSS, NADIA HARRI, SHAVONDA GIBBS, ROCHELLE CHILDS, DARREN CHILDS, LADARIUS JOHNSON, TAMARA GREEN, DARIUS WEST, ROGER HAWKINS, TAKEERA JOHNSON, LEVAN HARRIS, JOSEPH DOSS, TYNEETA DOSS, JUSTIN CHILDS, A MINOR BY AND THROUGH BRENDA CHILDS AS NEXT FRIEND OF AND NATURAL GUARDIAN, NANCY POINTER, MISHAY HAMPTON, AND TARMEISHA HAMPTON | PLAINTIFFS |
| v. | |
| | Case No. 4:10-CV-003-P-S |
| NPC INTERNATIONAL, INC., | |
| d/b/a PIZZA HUT | DEFENDANT |

CONSOLIDATED

| | |
|---|---|
| KIMEYATTER POINTER, A MINOR BY AND THROUGH NANCY POINTER AS NEXT OF FRIEND AND NATURAL GUARDIAN, | PLAINTIFFS |
| v. | |
| | Case No. 4:10-CV-002-P-S |
| NPC INTERNATIONAL, INC., dba PIZZA HUT | DEFENDANT |

**ORDER CONSOLIDATING CASES**

This matter is before the court on motion of the defendants to consolidate the cases listed

above. Having duly considered the submissions of the parties, the record, and the applicable law, the court is of the opinion that the motion should be granted.

The court finds that the claims of the parties in the above referenced cases, *Doss et al v. NPC International, Inc. et al.*, Cause No.4:09-cv-00038-M-S, *Doss et al v. NPC International, Inc.*, Cause No. 4:09-cv-00076-S, *Pointer v. NPC International, Inc.*, Cause No. 4:10-cv-00002-P-S, and *Doss et al v. NPC International, Inc.*, Cause No. 4:10-cv-00003-P-S, arise out of the same transaction or occurrence and involve similar questions of law and fact. Additionally, all cases involve the same attorneys for the parties and they involve, in some cases, identical parties. The plaintiffs object to consolidation of the cases but offer no evidence of prejudice should the cases be consolidated. Because these cases share similar parties and claims and because any prejudice to the plaintiff is speculative at best, these cases should be consolidated in the interest of judicial economy.

IT IS, THEREFORE, ORDERED that the defendants' motion to consolidate is hereby GRANTED, and these cases are hereby consolidated for all purposes, including trial. Cause No.4:09-cv-00038-M-S shall be designated as the lead case, and all filings shall be made in that case. The court directs the Clerk to proceed accordingly.

SO ORDERED, this the 23rd day of March 2010.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE