# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

MONIQUE DOSS and
NADIA HARRIS                                                                              PLAINTIFFS
    v.

                                            Case No.
NPC INTERNATIONAL, INC.,                                4:09-CV-00038-M-S
A & D MANAGEMENT CO., LLC,
d/b/a PIZZA HUT and SHANE BROWN                                                           DEFENDANTS

## ORDER

This matter is before the court on motion of the defendants (#69) for an *in camera* review in response to the requests for a detailed explanation of costs, expenses, and fees pursuant to this court's May 14, 2010 Order. Having duly considered the submissions of the parties, the record, and the applicable law, the court is of the opinion that the motion should be granted.

IT IS, THEREFORE, ORDERED that the defendants' motion for an in camera review is hereby GRANTED. Defendant is to submit a detailed explanation of costs, expenses and fees to this court no later than June 14, 2010.

SO ORDERED, this the 10th day of June 2010.

                                                                   /s/ David A. Sanders
                                                                   UNITED STATES MAGISTRATE JUDGE