| | |
|---|---|
| MONIQUE DOSS and<br>NADIA HARRIS<br>    v. | **PLAINTIFFS**<br><br>Case No.<br>4:09-CV-00038-M-S |
| NPC INTERNATIONAL, INC.,<br>A & D MANAGEMENT CO., LLC,<br>d/b/a PIZZA HUT and SHANE BROWN | **DEFENDANTS** |

**CONSOLIDATED**

| | |
|---|---|
| MONIQUE DOSS, ET AL.,<br>    v. | **PLAINTIFFS**<br><br>Case No. 4:09-CV-076-P-S |
| NPC INTERNATIONAL, INC.,<br>d/b/a PIZZA HUT | **DEFENDANT** |

**CONSOLIDATED**

| | |
|---|---|
| MONIQUE DOSS, NADIA HARRI, SHAVONDA GIBBS, ROCHELLE CHILDS, DARREN CHILDS, LADARIUS JOHNSON, TAMARA GREEN, DARIUS WEST, ROGER HAWKINS, TAKEERA JOHNSON, LEVAN HARRIS, JOSEPH DOSS, TYNEETA DOSS, JUSTIN CHILDS, A MINOR BY AND THROUGH BRENDA CHILDS AS NEXT FRIEND OF AND NATURAL GUARDIAN, NANCY POINTER, MISHAY HAMPTON, AND TARMEISHA HAMPTON<br>    v. | **PLAINTIFFS**<br><br>Case No. 4:10-CV-003-P-S |
| NPC INTERNATIONAL, INC.,<br>d/b/a PIZZA HUT | **DEFENDANT** |

**CONSOLIDATED**

| | |
|---|---|
| KIMEYATTER POINTER, A MINOR BY AND THROUGH NANCY POINTER AS NEXT OF FRIEND AND NATURAL GUARDIAN,<br>    v. | **PLAINTIFFS**<br><br>Case No. 4:10-CV-002-P-S |
| NPC INTERNATIONAL, INC., dba PIZZA HUT | **DEFENDANT** |

## **ORDER**

This matter is before the court following a telephonic conference. After considering the

matter, the court finds that the deposition of defendants' expert scheduled to take place on February 23, 2010, will not be allowed. The deadline for discovery passed on August 23, 2010. While defendant argues that this deposition is an "evidentiary" rather than a "discovery" deposition, the court does not differentiate between the two.

SO ORDERED, this 22nd day of February, 2011.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE